# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| ARNOLD JOHNSON, | : |
|       Plaintiff, | : |
| VS. | : |
| | :   CIVIL No: 7:11-CV-88-HL-TQL |
| CO II BOYD, *et al.*, | : |
|       Defendants. | : |

## ORDER

Plaintiff Arnold Johnson has filed a motion to proceed *in forma pauperis* ("IFP") on appeal (ECF No. 74) from the Court's July 27, 2015 Order adopting the United States Magistrate Judge's recommendation and granting Defendants' Motion to Dismiss Plaintiff's Complaint (ECF No. 69). On August 28, 2015, the Court ordered Plaintiff to supplement his IFP motion (1) to explain his issues on appeal so that the Court could determine whether the appeal involved legal points arguable on their merits and was therefore taken in good faith; and (2) to include a certified copy of his prison trust fund account statement. Plaintiff was given 21 days to respond to the Court's Order and responded on September 18, 2015 (ECF No. 78).

Upon reviewing Plaintiff's response and the record, the Court finds that Plaintiff does not have sufficient funds to pay the entire appellate filing fee at this time, but there are no issues of arguable merit for appeal. As explained in the Magistrate's Report and Recommendation, Plaintiff was denied leave to further amend his Complaint because

Plaintiff unduly delayed his amendment and his repeated amendments appeared designed to avoid an impending adverse dispositive ruling. (Report & Recommendation 3, June 24, 2015, ECF No. 62). Dismissal of Plaintiff's claims was appropriate because, among other things, Plaintiff failed to allege that the Defendants foresaw or knew of a risk posed by Plaintiff's cellmate or caused the danger that led to Plaintiff's injuries. *Id.* at 6. In addition, Plaintiff failed to allege that prison officials were in a position to intervene to prevent Plaintiff's injuries. *Id.* at 9. Plaintiff's statement of issues on appeal essentially states that Plaintiff disagrees with these conclusions. Thus, for the reasons contained in the Magistrate Judge's Report and Recommendation, the Court finds that Plaintiff's appeal is not taken in good faith under 28 U.S.C. § 1915(a)(3). *See Coppedge v. United States*, 369 U.S. 438, 445 (1962) (defining "good faith" as requiring that an issue exists on appeal that is not frivolous under an objective standard); *Ghee v. Retailers Nat'l Bank*, 271 F. App'x 858, 859 (11th Cir. 2008) (per curiam) (holding that an issue is frivolous where the legal theories are indisputably meritless). Plaintiff's motion for leave to appeal IFP (ECF No. 74) is accordingly **DENIED**.

If the Plaintiff wishes to proceed with his appeal, he must pay the entire $505.00 appellate filing fee. Any further requests to proceed IFP on appeal should be directed, on motion, to the United States Court of Appeals for the Eleventh Circuit, in accordance with Rule 24 of the Federal Rules of Appellate Procedure.

**SO ORDERED** this 6th day of October, 2015.

*s/ Hugh Lawson*_____
HUGH LAWSON, SENIOR JUDGE